UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JAMES RICHARD KELLY,

    Plaintiff,

v.                                                3:08-cv-331

SEVIER COUNTY JAIL MEDICAL STAFF
and SEVIER COUNTY JAIL SHIFT SERGEANTS,

    Defendants.

## JUDGMENT ORDER

For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that this action is **DISMISSED** for failure to state a claim for relief. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**ENTER:**

                                                      s/ Thomas W. Phillips
                                                  United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
    CLERK OF COURT